UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

EVITA DANIELS,

                  Plaintiff,

    -against-

C. TECH COLLECTIONS INC.

                  Defendant(s).

---------------------------------------x

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2013 ★
BROOKLYN OFFICE

    Plaintiff, EVITA DANIELS, hereby voluntarily dismisses this action against defendant, C. TECH COLLECTIONS INC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

    An executed faxed copy of this Stipulation shall be deemed as a signed original.

Dated: New York, NY
       July 29, 2013

/s/ Adam Fishbein, Esq.
For the plaintiff
ADAM J FISHBEIN, ESQ.
483 CHESTNUT STREET
Cedarhurst, NY 11516

For the defendant
ARTHUR SANDERS
Mel S. Harris & Associates, LLC.
5 Hanover Square, 8th Floor
New York, NY 10004

So Ordered.
8/26/13

s/RJD